# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**WILLIAM GABRIEL FLOURNOY**,

Defendant.

Case No. 7:14-CR-5 (HL)

## ORDER

Before the Court is Defendant William Flournoy's Motion to Suppress (Doc. 43). Before ruling on Defendant's motion, the Court orders the Government to file a responsive brief addressing this motion not later than **NOON, June 27, 2014**. Oral arguments on these motions will be heard at a hearing scheduled for **1 p.m. on July 1, 2014**.

**SO ORDERED**, this the 25th day of June, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr